# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RAY HARRISON,

      Plaintiff,

CASE NUMBER: 09-12679

HONORABLE JOHN CORBETT O'MEARA

v.

FIFTH THIRD BANCORP,

      Defendant.

_____/

## ORDER TO SHOW CAUSE

IT IS ORDERED that PLAINTIFF respond in writing or otherwise show good cause why this action should not be dismissed for *FAILURE TO PROSECUTE*, within fifteen (15) days of this order.

Date: February 18, 2010

s/John Corbett O'Meara
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated above, I served a copy of the above order upon counsel of record using the court's electronic filing system.

s/William Barkholz
Case Manager